NUMBER 13-01-290-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


IN THE INTEREST OF R. R.

___________________________________________________________________


On appeal from the County Court at Law No. 2 

 of Hidalgo County, Texas

___________________________________________________________________


O P I N I O N 


Before Justices Dorsey, Rodriguez, and Castillo 

Opinion Per Curiam


Appellant, R. R. , perfected an appeal from a judgment entered by County Court at Law No. 2 of Hidalgo County, Texas. 
On May 29, 2001 , the trial court granted appellant's motion for new trial.

The Court, having examined and fully considered the documents on file and the trial court's order granting a new trial, is of
the opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT
OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 13th day of December, 2001 .